FILED
2010 Sep-09 PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

DR. GLENN FELDMAN,            }
                              }
     Plaintiff,               }
                              }    CIVIL ACTION NO.
v.                            }    10-AR-1240-S
                              }
THE BOARD OF TRUSTEES OF THE  }
UNIVERSITY OF ALABAMA, et     }
al.,                          }
                              }
     Defendants.
```

## MEMORANDUM OPINION AND ORDER

Before the court is a motion to dismiss filed on September 3, 2010, by defendants, The Board of Trustees of the University of Alabama ("Board"), Eli Capilouto ("Capilouto"), individually and in his official capacity, and Carol Garrison ("Garrison"), individually and in her official capacity, pursuant to Rule 12(b)(6). Defendants' said motion is unopposed and will be granted by a separate order. The court notes that insofar as the claims against the Board are concerned, they have already been dismissed with prejudice on August 18, 2010, except for the claim for injunctive relief under 42 U.S.C. § 1983.

The Board is hereby DEEMED to have filed a general denial as to the only remaining claim for injunctive relief.

**THE UNDERSIGNED JUDGE TO WHOM THIS CASE IS ASSIGNED DOES NOT EMPLOY THE "UNIFORM INITIAL ORDER" FOUND ON THE COURT'S WEBSITE.** Answers having been filed, the parties are hereby reminded that the case is governed by the Federal Rules of Civil Procedure, including

local rule variations.  The parties should pay particular attention to Rules 26 and 16, and should with their initial report notify the court if the case should be evaluated for proceeding upon any of the tracks provided by this court's Alternative Dispute Resolution Plan.

    DONE this 9th day of September, 2010.

                                                 _____
                                               WILLIAM M. ACKER, JR.
                                               UNITED STATES DISTRICT JUDGE